UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEARL THOMAS,<br><br>               Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., KEITH DURJAVA, and JIM HANDORF,<br><br>               Defendants. | CASE NO. C21-661 MJP<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT |

This matter is before the Court on Defendants' motion to dismiss. (Dkt. No. 13.) The Court DENIES the motion as moot.

Defendants filed their motion to dismiss on July 20, 2021. (Dkt. No. 13.) Plaintiff filed an amended complaint on August 9, 2021. (Dkt. No. 19.) A party has the right to file an amended pleading within 21 days after service of a motion to dismiss. Fed. R. Civ. P. 15(a)(1)(B). There has been no additional briefing on the motion to dismiss. Instead, Defendants have filed a motion to dismiss the amended complaint. (Dkt. No. 24.) Because "the general rule is that an amended complaint supersedes the original complaint and renders it

1 | without legal effect," <u>Lacey v. Maricopa County</u>, 693 F.3d 896, 927 (9th Cir. 2012), and the

2 | Court sees no reason to depart from that rule here, Defendants' first motion to dismiss is

3 | DENIED as moot.

4 |     The clerk is ordered to provide copies of this order to all counsel.

5 |     Dated August 27, 2021.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT - 2