THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEARL THOMAS,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and KEITH DURJAVA and JIM HANDORF, in their individual and professional capacities,<br><br>                Defendants. | No. 2:21-cv-00661 (MJP)<br><br>**STIPULATED MOTION RENOTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE [DKT. 24]**<br><br>NOTE ON MOTION CALENDAR: FRIDAY, AUGUST 27, 2021 |

STIPULATED MOTION RENOTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT
CASE NO. 2:21-cv-00661 (MJP)      -1-

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
York, NY 10166-0193
Telephone: 212.351.4000

## STIPULATION

Plaintiff Pearl Thomas ("Plaintiff") and Defendants Amazon.com, Inc., Amazon Web Services, Inc., Keith DurJava, and Jim Handorf (collectively, "Defendants"), by their undersigned counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed an Amended Complaint against Defendants on August 9, 2021 [Dkt. 19];

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint on August 23, 2021 [Dkt. 24];

WHEREAS, Defendants' Motion is currently noted for consideration on September 17, 2021;

WHEREAS, the parties have conferred and agreed in the interests of justice to extend the date for consideration to October 1, 2021 and to set a briefing schedule for Defendants' Motion;

THEREFORE, it is stipulated and agreed that:

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint shall be renoted for consideration on October 1, 2021.

2. Plaintiff's opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint shall be due Monday, September 20, 2021.

3. Defendants' reply brief shall be due Friday, October 1, 2021.

STIPULATED MOTION RENOTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT
CASE NO. 2:21-cv-00661 (MJP)      -2-

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
York, NY 10166-0193
Telephone: 212.351.4000

DATED this 27 day of August, 2021.

By: /s/ Jamal N. Whitehead
    Jamal N. Whitehead, WSBA #39818
    Schroeter Goldmark & Bender
    810 Third Avenue, Suite 500
    Seattle, WA 98104
    Phone: (206) 622-8000
    Fax: (206) 682-2305
    whitehead@sgb-law.com

By: /s/ Lawrence M. Pearson
    Lawrence M. Pearson
    Jeanne M. Christensen
    Alfredo J. Pelicci
    Anthony G. Bizien
    (all pending *pro hac vice* admission)
    Wigdor LLP
    85 Fifth Avenue
    New York, NY 10003
    Phone: (212) 257-6800
    Facsimile: (212) 257-6845
    lpearson@wigdorlaw.com
    jcrhistensen@wigdorlaw.com
    apelicci@wigdorlaw.com
    abizien@wigdorlaw.com

*Attorneys for Plaintiff*

By: /s/ Sheehan Sullivan
    Sheehan Sullivan, WSBA # 33189
    Davis Wright Tremaine LLP
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Tel: (206) 757-8152
    Fax: (206) 757-7152
    Email: sulls@dwt.com

Jason C. Schwartz*, DC # 465837
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue
Washington, DC 20036-5306
Tel: (202) 955-8242
Fax: (202) 530-9522
Email: JSchwartz@gibsondunn.com

Mylan L. Denerstein*, NY # 2620730
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-3850
Fax: (212) 351-6350
Email: MDenerstein@gibsondunn.com

Megan Cooney*, CA # 295174
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Tel: (949) 451-4087
Fax: (949) 475-4778
Email: MCooney@gibsondunn.com

* *Admitted Pro Hac Vice*

*Attorneys for Defendants*

---

STIPULATED MOTION RENOTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT
CASE NO. 2:21-cv-00661 (MJP)         -3-

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
York, NY 10166-0193
Telephone: 212.351.4000

**ORDER**

**IT IS SO ORDERED.**

DATED this 27th day of August, 2021.

                                                    Marsha J. Pechman
                                                  United States Senior District Judge

STIPULATED MOTION RENOTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT
CASE NO. 2:21-cv-00661 (MJP) -4-

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
York, NY 10166-0193
Telephone: 212.351.4000

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Jamal N. Whitehead, WSBA #39818**<br><br>Schroeter Goldmark & Bender<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>Phone:  (206) 622-8000<br>Fax:  (206) 682-2305<br>whitehead@sgb-law.com | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF Notification |
| **Lawrence M. Pearson**<br>**Jeanne M. Christensen**<br>**Alfredo J. Pelicci**<br>**Anthony G. Bizien**<br>(all pending *pro hac vice* admission)<br><br>Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003<br>Phone:  (212) 257-6800<br>Facsimile:  (212) 257-6845<br>lpearson@wigdorlaw.com<br>jcrhistensen@wigdorlaw.com<br>apelicci@wigdorlaw.com<br>abizien@wigdorlaw.com | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF Notification |

*Attorneys for Plaintiff*

DATED this 27 day of August, 2021.

                       */s/ Carol Huerta*
                       Carol Huerta, Legal Assistant

STIPULATED MOTION RENOTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
CASE NO. 2:21-cv-00661 (MJP)

-5-

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
York, NY 10166-0193
Telephone: 212.351.4000